My Name is Isaac Horne
I'm needing a full copy of my ccs for this cause No:

District 7th Circuit 3:25-MJ-0825-CSW

> The motion is DENIED because Plaintiff has an attorney of record. Plaintiff is directed to contact his attorney for this request.
>
> Crystal S. Wildeman
> U.S. Magistrate Judge
> Date: October 29, 2025
>
> Distributed via U.S. mail to:
> Isaac Horne
> Henderson County Detention Center
> 380 Borax Dr.
> Henderson, KY 42420

Horne

Isaac Koehe
803 Knox Dr 380
Henderson Ky 40420

Clerk of Courts
101 Dw. Mahr Blvd
Evansville In 47708

LOUISVILLE KY 400
13 SEP 2025 PM 1 L

FILED
SEP 16 2025
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY AND MAGNETOMETER

LEGALMAIL

47708-192499